

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00275-CV

### TEXAS DEPARTMENT OF PUBLIC SAFETY
v.
### JASON EDWARD GAMBOA

On Appeal from the
107th District Court of Cameron County, Texas
Trial Cause No. 2015-DCL-3565-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment denying Gamboa's petition for expunction. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

May 31, 2018